# LEONARDO M. ALDRIDGE
Attorney-At-Law
66 Willoughby St.
Brooklyn, NY 11201

February 21, 2020

**BY CM-ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2020

Re: U.S. v. Santiago, 09 Cr. 1016 (DLC)    **MEMO ENDORSED**

Your Honor:

On February 7, I was appointed by the Court under the Criminal Justice Act (CJA) to represent Mr. Felix Santiago III for alleged violations of his conditions of supervised release. A hearing on this matter is scheduled before Your Honor for March 6.

On February 20, Mr. Santiago III informed me that he retained private counsel, as is his right. On February 21, I confirmed with the law offices of Paul Condon that they would be taking over the case.

For these reasons, I respectfully request that I be granted leave to withdraw the case as soon as Mr. Condon files his notice of appearance.

Granted.
*Denise Cote*
3/3/20

Respectfully,

**S/Leonardo M. Aldridge**

1