UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                            :
UNITED STATES OF AMERICA,                   :    09CR1016-04 (DLC)
                                            :
        -v-                                 :    ORDER
                                            :
FELIX SANTIAGO, III,                        :
                                            :
                Defendant.                  :
                                            :
-------------------------------------------X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the hearing on the violation of supervised release is scheduled for June 29, 2020 at 10 a.m. in Courtroom 18B, 500 Pearl Street. The parties shall identify by June 22 the witnesses who will testify at the hearing.

Dated:   New York, New York
         April 9, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge