```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
UNITED STATES OF AMERICA                      :
                                              :    **ORDER**
    - v. -                                    :
                                              :    09 Cr. 1016 (DLC)
FELIX SANTIAGO III,                           :
                                              :
        Defendant.                            :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, a hearing has been set by this Court for June 29, 2020, to hear evidence concerning reported violations of the conditions of supervised release by the defendant, Felix Santiago III;

AND WHEREAS, the Government has requested access to the case file maintained by the U.S. Probation Office for the relevant United States Probation Office for the defendant, Felix Santiago III, including records of communications and supervising activity, so as to prepare for the hearing and to comply with the Government's obligations pursuant to the Federal Rules of Criminal Procedure; *Brady v. Maryland*, 373 U.S. 83 (1963); *United States v. Giglio*, 405 U.S. 763 (1972), and its progeny; and Title 18, United States Code, Section 3500;

IT IS HEREBY ORDERED that the U.S. Probation Office for the relevant United States Probation Office for the defendant provide a copy of the case file maintained for the defendant, Felix Santiago III, including copies of communications and supervising activity, to Assistant United States Attorneys Mitzi S. Steiner and Benet J. Kearney, for their review.

SO ORDERED:

Dated: June 10, 2020
       New York, New York

                                        _____
                                        DENISE COTE
                                        United States District Judge