```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA,             :          09Cr1016-04(DLC)
                                      :
          -v-                         :             ORDER
                                      :
FELIX SANTIAGO III,                   :
                    Defendant.        :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

By letter dated June 19, 2020, the parties informed the Court that the defendant wishes for his hearing on the violation of supervised release to proceed in person, and that he therefore requests an adjournment of the June 29, 2020 hearing that was scheduled to proceed as a videoconference.   The Government consents to the request.  Accordingly, it is hereby

ORDERED that the hearing is adjourned to **9:30 am** on **July 24, 2020** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that if an in-person hearing is not available on July 24, the defendant shall inform the Court by Friday, **July 17, 2020** if the defendant consents to proceed remotely.  Before **July 17**, defense counsel shall discuss again with the defendant the form, Waiver of Right to be Present at Criminal Proceeding, which was attached to the June 11 Order.

IT IS FURTHER ORDERED that upon receipt of the defendant's July 17 letter, the Court will issue an Order informing the parties whether the hearing will occur in-person or via

videoconference.  If the hearing will occur via videoconference,
the forthcoming Order will provide the credentials for the
videoconference.

Dated:      New York, New York
            June 22, 2020

                              _____
                                        DENISE COTE
                              United States District Judge