```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :    09Cr1016-04(DLC)
                                         :
            -v-                          :    ORDER
                                         :
FELIX SANTIAGO III,                      :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of June 11, 2020 scheduled a hearing to hear evidence concerning reported violations of the conditions of supervised release to occur on June 29 by videoconference on account of the ongoing COVID-19 pandemic.  On June 19, the defendant informed the Court that he did not consent to proceed remotely, and requested an adjournment of the hearing.  An Order of June 22 granted the defendant's request, and rescheduled the hearing to occur in person on July 24.

By letter dated June 25, 2020, Probation Officer Carly Schultz informed the Court that she will be a witness at the hearing.  Because the July 24 hearing date falls in the middle of a quarantine that Officer Schultz is required to observe due to the COVID-19 pandemic, Officer Schultz requested that the hearing be adjourned.

On July 8, this Court's Chambers received confirmation from defense counsel that the defendant does not consent to proceed

remotely and instead prefers to adjourn the hearing so that it may occur in court.  Accordingly, it is hereby

ORDERED that the July 24, 2020 hearing is adjourned to Thursday, **August 13, 2020** at **10:00 a.m.**

Dated:    New York, New York
          July 9, 2020

```
                              _____
                                    DENISE COTE
                              United States District Judge
```