```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :     09Cr1016-04(DLC)
                                         :
            -v-                          :           ORDER
                                         :
FELIX SANTIAGO III,                      :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A hearing to hear evidence concerning reported violations of the conditions of supervised release is scheduled to occur on Thursday, **August 13, 2020** at **10:00 a.m.** in Courtroom 18B, 500 Pearl Street. In light of the ongoing COVID-19 pandemic, it is hereby

ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. **To gain entry to 500 Pearl Street, follow the instructions provided here**:

> https://nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse. Individuals also must wear face masks at all times in the courthouse unless the Court authorizes their removal.

IT IS FURTHER ORDERED that by **August 5, 2020,** defense counsel must advise the Court of how many spectators will attend the hearing.  The parties must advise the Court by the same date how many individuals will be seated at counsel's tables and how many witnesses are expected to provide in-person testimony.  Special accommodations may need to be made if more than **ten** spectators are expected to attend, or more than **three** individuals are expected to be seated at each counsel's table.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in court hearing may listen to the hearing through a telephone link by calling **888-363-4749** and using access code **4324948.**


Dated:    New York, New York
         July 29, 2020

                                    _____
                                              DENISE COTE
                                       United States District Judge