```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :    09Cr1016-04(DLC)
                                         :
          -v-                            :        ORDER
                                         :
FELIX SANTIAGO III,                      :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A hearing on the specifications of violation of the conditions of supervised release is scheduled to occur on Thursday, August 13, 2020.  On August 11, defense counsel requested an adjournment of the hearing due to personal issues. Counsel also informed this Court's Chambers that his client does not consent to the hearing occurring through a videoconference. Accordingly, it is hereby

ORDERED that the hearing is rescheduled to **Tuesday, September 15, 2020** at **10 a.m.** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that the parties are reminded that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here:**

https://nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse. Individuals also must wear face masks at all times in the courthouse unless the Court authorizes their removal.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in court hearing may listen to the hearing through a telephone link by calling **888-363-4749** and using access code **4324948.**

Dated:   New York, New York
         August 11, 2020

_____
DENISE COTE
United States District Judge