```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                       :
UNITED STATES OF AMERICA,              :        09Cr1016-04(DLC)
                                       :
            -v-                        :        ORDER
                                       :
FELIX SANTIAGO III,                    :
                      Defendant.       :
                                       :
------------------------------------- X
```

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 9\|11\|2020 |

DENISE COTE, District Judge:

A hearing on the specifications of violation of the conditions of supervised release is scheduled to occur on Tuesday, September 15, 2020.  On September 10, the Government requested an adjournment of the hearing due to the unavailability of one of its witnesses, who is required to quarantine due to the COVID-19 pandemic.  The defendant does not consent to proceed remotely and instead prefers to adjourn the hearing so that it may occur in court.  Accordingly, it is hereby

ORDERED that the hearing is adjourned to **Wednesday, September 30** at **9:30 a.m.** in Courtroom 18B.

IT IS FURTHER ORDERED that the parties are reminded that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here:**

https://nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse. Individuals also must wear face masks at all times in the courthouse unless the Court authorizes their removal.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in court hearing may listen to the hearing through a telephone link by calling **888-363-4749** and using access code **4324948**.

Dated:    New York, New York
          September 11, 2020

_____
DENISE COTE
United States District Judge