```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
UNITED STATES OF AMERICA,                 :   09Cr1016-04(DLC)
                                          :
                -v-                       :   ORDER
                                          :
FELIX SANTIAGO III,                       :
                              Defendant.  :
                                          :
----------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2020

DENISE COTE, District Judge:

The Court received the Government's letter of September 25, 2020 requesting an adjournment of the September 30, 2020 hearing date. The Government also requests that its letter be filed under seal. It is hereby

ORDERED that the request to adjourn the September 30 hearing is denied.

IT IS FURTHER ORDERED that the September 25 letter shall be file under seal.

Dated:    New York, New York
          September 25, 2020

                                          _____
                                               DENISE COTE
                                          United States District Judge