```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :    09CR1016-04 (DLC)
                                           :
          -v-                              :    ORDER
                                           :
FELIX SANTIAGO, III,                       :
                                           :
               Defendant.                  :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

    Having received the Government's letter of September 28, 2020 and having reviewed it with the District Executive, it is hereby

    ORDERED that the letter shall be sealed.

    IT IS FURTHER ORDERED that the Assistant U.S. Attorney may enter the SDNY courthouse if the contact at issue has received a negative test result from a COVID-19 PCR test and an opinion from the contact's physician indicating that the physician has concluded that the symptoms were related to something other than COVID-19.

    IT IS FURTHER ORDERED that three individuals may sit at the designated chairs at the Government's table but that no one other than a witness may be seated in the jury box.

Dated:   New York, New York
         September 29, 2020

                                                       /s/ Denise Cote
                                                  DENISE COTE
                                   United States District Judge