```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA,            :        09Cr1016-04(DLC)
                                     :
              -v-                    :             ORDER
                                     :
FELIX SANTIAGO III,                  :
                        Defendant.   :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

The Court having received defense counsel's letter dated October 13, 2020 requesting an adjournment of the October 23, 2020 sentencing on the violation of supervised release, it is hereby

ORDERED that the sentence is adjourned to **Thursday, October 29, 2020** at **10 a.m.** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that in light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. **To gain entry to 500 Pearl Street, follow the instructions provided here:**

> https://nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse. Individuals also must wear face masks at all times in the courthouse unless the Court authorizes their removal.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in court hearing may listen to the hearing through a telephone link by calling **888-363-4749** and using access code **4324948**.

Dated:   New York, New York
         October 15, 2020

                                        _____
                                               DENISE COTE
                                        United States District Judge