```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :        09cr1016(DLC)
                                         :
            -v-                          :        ORDER
                                         :
FELIX SANTIAGO, III,                     :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

At the September 30, 2020 hearing on the violation of supervised release, this Court found that the defendant had violated six specifications filed against him.  Sentencing was scheduled to occur on October 23.  It was adjourned at the request of defense counsel to October 29, 2020 at 10:00 am.

On October 26, 2020, defense counsel Paul Condon filed a letter seeking guidance from the Court after being advised that the defendant had been exposed to individuals who have tested positive for COVID-19.

On October 27, the Court's deputy spoke with defense counsel and was advised that the defendant consents to the October 29 sentencing occurring via a videoconference proceeding, as opposed to an in-person proceeding.  It is hereby

ORDERED that sentencing scheduled for **October 29** at **10 a.m.** shall proceed via the Skype for Business videoconference, if the Skype for Business platform is reasonably available.  To access

the conference, paste the following link into your browser: https://meet.lync.com/fedcourts-nysd/anthony_sampson/C4AFYZ8I.

To use this link, you may need to download software to use Skype's videoconferencing features.[1]  Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above.  Defense counsel shall assist the defendant in testing his videoconference capability so that the defendant can participate by videoconference if that is feasible.

Users who do not have an Office 365 account may use the "Join as Guest" option.  When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins.  Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business.  For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for

---

[1] See Microsoft, Install Skype for Business (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

2

Business that was published on or after April 28, 2020.[2] Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the conference audio using the following credentials:

```
Call-in number:    +19179332166
Conference ID:     78747915
```

Dated:     New York, New York
           October 27, 2020

                                    _____
                                    DENISE COTE
                                    United States District Judge

---

[2] See, e.g., Microsoft, Skype for Business on Mac (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.